UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE BURAK, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL,<br><br>　　　　Defendant. | Case No.: 4:23-CV-40105 |
| ROBIN SUAREZ, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL,<br><br>　　　　Defendant. | Case No.: 1:23-CV-12130 |
| ALANA JOSEPH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF MASSACHUSETTS CHAN MEDICAL SCHOOL,<br><br>　　　　Defendant. | Case No.: 4:23-CV-40120 |

## JOINT STIPULATION TO STAY RESPONSIVE PLEADING DEADLINES PENDING CONSOLIDATION

Plaintiffs Burak, Suarez and Joseph (collectively, the "Plaintiffs") and Defendant The University of Massachusetts Chan Medical School ("Defendant") (together, the "Parties") hereby stipulate and agree as follows:

1. Plaintiffs filed putative class action complaints against Defendant based on a data security incident that Defendant announced in August 2023, involving a security vulnerability in its MOVEit file transfer software that resulted in unauthorized access to some of its files.

2. Each of the three complaints raise negligence, contract and unjust enrichment claims against Defendant, and seek damages, injunctive relief, and certification of a class of all individuals impacted by the security incident.

3. The plaintiffs in *Burak* filed their Complaint against Defendant in the United States District Court for the District of Massachusetts on August 30, 2023. The *Burak* action was assigned to Magistrate Judge David H. Hennessy. Defendant was served with the *Burak* Complaint on September 8, 2023. The docket for the *Burak* action identifies the *Suarez* and *Joseph* cases as related.

4. The plaintiffs in *Suarez* filed their Complaint against Defendant in the United States District Court for the District of Massachusetts on September 18, 2023. The *Suarez* action was assigned to Magistrate Judge David H. Hennessy. Defendant has not been served with the *Suarez* complaint. The plaintiffs in *Suarez* identified the *Burak* action as a related case on its civil cover sheet.

5. The plaintiffs in *Joseph* filed their Complaint against Defendant in the United States District Court for the District of Massachusetts on September 19, 2023. The *Joseph*

action was assigned to Magistrate Judge David H. Hennessy. Defendant has not been served with the *Joseph* complaint. The plaintiffs in *Joseph* identified the *Burak* action as a related case on its civil cover sheet.

6. The *Burak*, *Suarez* and *Joseph* actions include similar factual allegations, raise similar claims (e.g., negligence, contract, unjust enrichment), and seek the same relief on behalf of a proposed class of all individuals impacted by the data security incident (e.g., actual damages, injunctive relief, fees, class certification). Thus, the Parties believe consolidation is the most efficient use of the Court's and Parties' resources and Plaintiffs intend to file an unopposed motion to consolidate the three actions.

7. Defendant's current deadline to respond to the *Burak* complaint is September 29, 2023. The plaintiffs in *Suarez* and *Joseph* have not served Defendant and, thus, there is no set responsive pleading deadlines in those actions.

8. The Parties agree that a stay of any upcoming responsive pleading deadlines is necessary to avoid the inefficiency of responding to three separate complaints. Thus, the Parties stipulate and agree that Defendant's deadline to respond to the *Burak*, *Suarez* and *Joseph* complaints be stayed pending the Court's ruling on Plaintiffs' forthcoming motion for consolidation and until a briefing schedule is set for the filing of a consolidated amended complaint.

Dated: September 28, 2023                     Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:   *Brittany N. Lockyer*

>James H. Rollinson (BBO# 649407)
>Key Tower
>127 Public Square, Suite 2000
>Cleveland, OH 44114-1214
>Telephone: 216.621.0200
>Facsimile: 216.696.0740
>jrollinson@bakerlaw.com
>
>Gilbert S. Keteltas (*pro hac vice*)
>1050 Connecticut Ave. NW, Ste. 1100
>Washington, D.C. 20036
>Telephone: 202.861.1500
>Facsimile: 202.861.1783
>gketeltas@bakerlaw.com
>
>Brittany N. Lockyer (*pro hac vice*)
>Key Tower
>127 Public Square, Suite 2000
>Cleveland, OH 44114-1214
>Telephone: 216.621.0200
>Facsimile: 216.696.0740
>blockyer@bakerlaw.com
>
>*Attorneys for Defendant*
>
>*/s/ Randi Kassan*
>Randi Kassan
>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
>1 00 Garden City Plaza
>Garden City, NY 11530
>Telephone: (212) 594-5300
>rkassan@milberg.com
>
>David K. Lietz (*pro hac forthcoming*)
>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
>5335 Wisconsin Avenue NW
>Washington, D.C. 20015-2052
>Telephone: (866) 252-0878
>Facsimile: (202) 686-2877
>dlietz@milberg.com
>
>*Attorneys for Plaintiff Burak*

By: */s/  Joel. D. Smith*

Joel D. Smith (BBO 712418)
L. Timothy Fisher (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: jsmith@bursor.com
          ltfisher@bursor.com

Matthew A. Girardi (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: mgirardi@bursor.com

*Attorneys for Plaintiff Suarez*

By: */s/ Erica Mirabella*

Erica C. Mirabella (BBO#676750)
**MIRABELLA LAW, LLC**
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
T: (617) 580-8270
F: (617) 583-1905
erica@mirabellallc.com

Kevin Laukaitis (*pro hac vice* forthcoming)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff Joseph*

**CERTIFICATE OF SERVICE**

I hereby certify that on this September 28, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ *Brittany N. Lockyer*
Attorney for Defendant